**Brenda COLLINS, Plaintiff–Appellant,**

v.

**TIAA–CREF; Kathy Jackson; Taran Narayan; Robert Smith, formerly named in complaint as William Smith, Defendants–Appellees,**

and

**Herb Allison, Defendant.**

No. 09–2209.

United States Court of Appeals, Fourth Circuit.

Submitted: June 24, 2010.

Decided: June 29, 2010.

Brenda Collins, Appellant Pro Se. Allegra J. Lawrence–Hardy, Abigail J. Politzer, Sutherland Asbill & Brennan, LLP, Atlanta, Georgia, for Appellees.

Before DUNCAN, AGEE, and DAVIS, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Brenda Collins appeals the district court's order granting summary judgment in favor of her former employer in this employment discrimination action. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Collins v. TIAA–CREF,* No. 3:06–cv–00304–RJC–DSC, 2009 WL 3077555 (W.D.N.C. Sept. 23, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*